United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 29, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-50531
Summary Calendar

TINNA BELDIN,

Plaintiff-Appellant,

versus

TRAVIS COUNTY; STEPHEN L. WILLIAMS,
in his official capacity,

Defendants-Appellees.

Appeal from the United States District Court for
the Western District of Texas
(USDC No. A-02-CV-572-SS)
_____

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff Tinna Beldin filed a claim for compensation under the Fair Labor

Standards Act, 29 U.S.C. § 203. Without requesting or receiving wages, the plaintiff

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

performed services to assist her mother, Sally Decker, who was employed by the Travis County Health & Human Services Department. The plaintiff provided no objective indicia of an employment relationship.

Travis County filed a motion for summary judgment. Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the district court found that Travis County was entitled to a judgment as a matter of law. We affirm the decision of the district court as there was no evidence that the plaintiff should be considered an employee under the Fair Labor Standards Act. The FLSA ought to be interpreted broadly, but it was "not intended to stamp all persons as employees, who, without any express or implied compensation agreement, might work for their own advantage on the premises of another. Walling v. Portland Terminal Co., 330 U.S. 148, 152 (1947).

AFFIRMED.